## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          NO. 4:21-cr-00186-JM-01

MILTON BROWN                                               DEFENDANT

### ORDER

Pending before the Court is the government's motion to revoke as to Defendant Milton Brown. (Doc. No. 74). The government has also requested that a summons be issued for the defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is scheduled for **THURSDAY, JUNE 25, 2026, at 2:00 P.M.**, in Courtroom #4A, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **MILTON BROWN** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Shea Watts is hereby appointed to represent the Defendant with respect to revocation proceedings.

IT IS SO ORDERED this 9th day of June, 2026.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE