AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 1



# UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 1 5 2026

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) (For **Revocation** of Probation or Supervised Release) |
| MILTON BROWN | ) |
| | ) Case No.  4:21-cr-00186-JM-1 |
| | ) USM No. 55907-509 |
| | ) |
| | ) ___Shea L. Watts___ |
| | ) Defendant's Attorney |

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s) _____1 and 2_____ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Mandatory (3) | Unlawful use of a controlled substance | 05/05/2026 |
| 2 - Special (14) | Failure to participate in substance abuse treatment as directed | 07/10/2025 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _5147_

Defendant's Year of Birth: _2002_

City and State of Defendant's Residence:
Little Rock, Arkansas

_____07/15/2026_____
Date of Imposition of Judgment

_____
Signature of Judge

JAMES M. MOODY JR., U.S. DISTRICT JUDGE
Name and Title of Judge

7 | 15 | 26
Date

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
                        Sheet 2— Imprisonment
───────────────────────────────────────────────────────────────────

Judgment — Page ___2___ of ___2___

DEFENDANT: MILTON BROWN
CASE NUMBER: 4:21-cr-00186-JM-1

# IMPRISONMENT

   The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

SIX (6) MONTHS with NO TERM OF SUPERVISED RELEASE TO FOLLOW

   ☐   The court makes the following recommendations to the Bureau of Prisons:

   ☑   The defendant is remanded to the custody of the United States Marshal.

   ☐   The defendant shall surrender to the United States Marshal for this district:
      ☐   at  _____  ☐ a.m.  ☐ p.m.   on  _____ .
      ☐   as notified by the United States Marshal.

   ☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      ☐   before 2 p.m. on  _____ .
      ☐   as notified by the United States Marshal.
      ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

   Defendant delivered on  _____ . _____  to  _____

at  _____  with a certified copy of this judgment.

                                             _____
                                                    UNITED STATES MARSHAL

                                       By  _____
                                                  DEPUTY UNITED STATES MARSHAL